UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KUSHAWN S. MILES #237011,

    Plaintiff,

v.

    Case No. 2:19-cv-167

    Hon. Hala Y. Jarbou

DAVID RINK, et al.,

    Defendants.

_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant David Rink filed a motion for summary judgment (ECF No. 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 15, 2021, recommending that this Court deny the motion. (ECF No. 31.) The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 31) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant David Rink's Motion for Summary Judgment (ECF No. 22) is **DENIED**.

Dated:  May 20, 2021              /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  UNITED STATES DISTRICT JUDGE