UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KUSHAWN S. MILES,

    Plaintiff,

v.

DAVID RINK, et al.,

    Defendants.

_____/

Case No. 2:19-cv-167

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiff's objections (ECF No. 49) are **SUSTAINED IN PART** and **OVERRULED IN PART**.  Plaintiff's objections are sustained insofar as it relates to his First Amendment retaliation claim.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 48) is **ADOPTED IN PART** and **REJECTED IN PART**.  It is rejected insofar as it recommends dismissing Plaintiff's First Amendment retaliation claim.

**IT IS FURTHER ORDERED** that Defendant Rink's motion for summary judgment (ECF No. 44) is **GRANTED IN PART** and **DENIED IN PART**.  Defendant's motion for summary judgment is granted on Plaintiff's First Amendment free exercise and Fourteenth Amendment equal protection claims.

2

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED** without prejudice.

Dated: September 27, 2022            /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE